Robert Petrucelli, a Minor, by Charles Petrucelli, his Father and Next Friend, and Loretta Ann Faligo, a Minor, by Mary Faligo, her Mother and Next Friend, Appellants, v. Arnold Sable, Appellee.

Gen. No. 45,852.

193

Irving N. Stenn, Samuel E. Bublick, and David H. Kraft, for appellants; David H. Kraft, and Edward Wolfe, of counsel; Ross, Berchem, Schwantes & Menk, for appellee; Frederic O. Floberg, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed June 23, 1953; released for publication September 22, 1953.